IN THE UNITED STATES DISTRICT COURT
FOR THE **NORTHERN** DISTRICT OF TEXAS
**WICHITA FALLS** DIVISION

**David Kelly #00726547**
Plaintiff's Name and ID Number

**Allred Unit**
Place of Confinement

FILED
OCT 17 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

CASE NO. **7-23CV-114-O**
(Clerk will assign the number)

v.

**Mr. Patrick L. O'Daniel**    P.O. Box 99, Huntsville, TX. 77342-0099
Defendant's Name and Address

**Mr. Bryan Collier**    P.O. Box 99, Huntsville, TX. 77342-0099
Defendant's Name and Address

**Warden Kevin B. Smith**    2101 F.M. 369 North, Iowa Park, TX. 76367
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

v.

Mr. Bhatti, 2101 F.M. 369 North, Iowa Park, Tx. 76367
(Defendant's Name and Address)

Mr. Dishman, Brandon 2101 F.M. 369 North Iowa Park, Tx 76367
Defendant's Name and

1 (a)

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) David Kelly #00726547
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

*[handwritten note at bottom]: not #, but I want I need help so think I file with this not good next 3/4*

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Allred Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES: See page 3 (e) ___ YES ✓ NO

Have you exhausted all steps of the institutional grievance procedure?
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Mr. David Allen Kelly #00726547 Allred Unit - 2101 F.M. 369 North, Iowa Park, Texas 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Patrick L. O'Daniel TDCJ's Chairman P.O. Box 99, Huntsville, TX. 77342-0099
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deny help from his staff when I write him.

Defendant #2: Bryan Collier TDCJ's Executive Director P.O. Box 99, Huntsville, TX. 77342-0099
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Deny help from his staff when I write him.

Defendant #3: Kevin B. Smith Allred's Warden 2101 F.M. 369 North, Iowa Park, TX. 76367
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Deny me help. And retalion and hassress me for file a Law Suit.

Defendant #4: Moss. Allred's Psych. Doctor - on computer. 2101 F.M. 369 North, Iowa Park, TX. 76367
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deny to see me when I was needed Psych. help.

Defendant #5: Dishman, Brandon D. Allred's Major 2101 F.M. 369 North, Iowa Park, TX. 76367
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did a criminal invstgetion that I write on him, and he ain't no cop.

Rev. 05/15

3

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I been being watch by TDCJs staff & that by them and other black inmate due to I'm a ex-K.K.K. member and the black Warden Mr. Kevin B. Smith. Has his staff going around the pod try to get other inmates to get me. Not only cause I file a ex-K.K.K. but also cause I file a lawsuit against his unit. He has the Psych deny me help for the Doctor.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Gave me help to show Allred is doing me bad, have they stop doing the bad thing, give inmate & law time for doing me bad.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

David Allen Kelly   possum.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Not know all but now 00228547. Sorry my mine not do good and no one want to help me spell

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Need help here

Rev. 05/15

4

I put in about 3/4 Sick-Call saying I need to see the Doctor. But Doctor won't see me. I told the Major, and this Warden Smith, Kevin both. I need to see Psych. Doctor. Still I not get to see her.

I wrote both the Chairman Mr. Patrick L. O'Daniel, Executive Director Mr. Bryan Collier, 3 have a free-word friend call the Obusman in Huntsville, TX. behind Allred staff sexaul hassass me & Voyeursm. Did not thing.

Mr. Kevin B. Smith deny me ~~Acse~~ Access To Court, he Retaliation/ harassment me caue I do legal work and I a ex-K.K.K. person. On his phone he wrote down I was not let to see the Doctor. But, he didn't let me eithe -- even through I having bad move sings.

I told psych. womans also name but they not allow me eithe. ~~##~~ When they do there walk around -- most of the time they don't ever want to talk to us.

Major Mr. Dishman, Brandon D.

did a investigation on him self. My free-word friend called, huntsville Obusman on all 12-B?ldg. Rank staff... retaliation/harassment me.

Right now, I can't think good, cause of head jury, or Covid. Plus, I don't have any old body to help me spell right now.

I also write O.I.G Mr. Love, Chris tell about Major do a investgation on hem self. I told need TDCJ to save camare on Pod and Major Chest camare to show the people laws doing unlaw things on me.

Psych. Doter Name is Miss. Dobson, Debbie. She refuses to help. I write this on 10-11-23 at 10:26 a.m. She also, doing Reyaletion to help the Warden hapsass me caue she not want to see me when I am having mind sickness.

She, take me off my pills long time ago maybe 6/7 month ago, I write meny Sick calls, talk to Major

4(b)

Warden Smith, 2/3 psych womans, Save hurt person. She just come to talk with me just now [Red head lady] Told me Doctor Name is not a lady no more. He Name is Mr. Bhatti.

Cause, they are watch me on camera and see I put this paper out my door. She come at 10/11/23 10:47 a.m. and try to tell me she not the one doing bad.

TDCJ Allred and other Unit will mess up camera, to make sure no body see their mess-up.

Wardan Smith, Kevin, have black gang-members try to get me by staff go talk at their cells on 4/5/6 sections 12-D-pod. Watchs the camera, save the vedeo also. They use my play name "Possum".

Watch vedeo, and read bossmens and womans lip.

I am under the law A.D.A.

4 (c)

YES ____ NO ____

C. Has any court ever warned or notified you that sanctions could be imposed.

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 10-12-23
            (DATE)

_____
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 12 day of October, 20 23.
           (Day)         (month)      (year)

_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15



